IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WHITNEY HOBBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 1:24-cv-351-TFM-B |
| ) | |
| **JAMROCK SOLUTIONS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is *Defendant Jamrock Solutions, LLC's Unopposed Motion to Compel Arbitration and Stay the Case Pending Arbitration* (Doc. 32, filed 9/22/25). Having reviewed the motion and as it is unopposed, the Court finds the motion is well-taken and is therefore **GRANTED**. Accordingly, it is **ORDERED** that this case shall be arbitrated and stayed pending the arbitration.

The parties are **DIRECTED** to file a joint status report on or about the first business day of every quarter to provide an update on the status of the arbitration process. The first joint status report shall be due on **January 5, 2026**. Additionally, once this arbitration is concluded, the parties shall notify the Court within fourteen (14) days of the mediation.

The Clerk of Court is **DIRECTED** to administratively close this case.

**DONE** and **ORDERED** this the 15th day of October 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE